**Hieda Ann KEELER, Plaintiff–Appellant,**

v.

**RIVERSIDE HOSPITAL, INC.; Hampton–Newport News Community Services Board; Dee Schwartz, Lcsw; Linda Pfeiffer, LCSW, Defendants–Appellees.**

No. 13–1336.

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 25, 2013.

Hieda A. Keeler, Appellant Pro Se. Carolyn Porter Oast, Oast Law Firm, Virginia Beach, Virginia; Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellees.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hieda Ann Keeler appeals the district court's order granting the Defendants' motions to dismiss and for summary judgment, and dismissing her claims. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in formal pauperis, we affirm for the reasons stated by the district court. *Keeler v. Riverside* Hosp., No. 4:12–cv–00148–AWA–TEM (E.D.Va. Feb. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*